IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV278-RLV-DSC

| | |
|---|---|
| **FAMILY DOLLAR STORES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **OVERSEAS DIRECT IMPORT CO., LTD.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Ezra Sutton]" (document #6) filed July 16, 2010.  For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: July 19, 2010

David S. Cayer
United States Magistrate Judge